USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PATRICK BOWIE,

                       Petitioner,                            13 CIVIL 7317 (KMK)(PED)

      -against-                                           **JUDGMENT**

WILLIAM LEE, Superintendent, Green Haven
Correctional Facility,

                     Respondent.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 28, 2021, the Court, having conducted a thorough review of the remainder of the R&R, finds no error, clear or otherwise. The Court has therefore adopted the outcome of Judge Davison's R&R. Petitioner's writ of habeas corpus is dismissed with prejudice. As Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability shall not be issued, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Patrol, 209 F.3d 107, 111 12 (2d Cir. 2000), and the Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this judgment on the merits would not be taken in good faith, see Coppedge v. United States, 369 U.S. 438, 445 (1962) ("We consider a [petitioners] good faith... demonstrated when he seeks appellate review of any issue not frivolous."); Burda Media Inc. v. Blumenberg, 731 F. Supp. 2d 321, 322 23 (S.D.N.Y. 2010) (citing Coppedge and noting that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it was not taken in good faith" (italics and quotation marks omitted)). Judgment is entered in favor of Respondent; accordingly, the case is closed.

**Dated:** New York, New York
          December 28, 2021

                                                                       RUBY J. KRAJICK
                                                                        Clerk of Court
                                          BY:
                                                                            Deputy Clerk